358 A.2d 75
Commonwealth ex rel. Goldbach v. Goldbach,
Appellant.

Argued April 12, 1976. Sidney Sokolsky, with him Daniel Krause, for appellant; Matthew L. Vadnal, for appellee.

Order affirmed.

358 A.2d 60
Commonwealth ex rel. McMahon v. McMahon,
Appellant.

Argued April 14, 1976. Richard A. Behrens, with him Patterson, Evey, Routch, Black & Behrens, for appellant; Alan R. Krier, with him Jubelirer, Carothers, Krier and Halpern, for appellee.

Orders affirmed.